STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
Bar No. 1565
By: **JOEL K. BROWNING**
Deputy District Attorney
Bar No. 14489
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Joel.Browning@ClarkCountyDA.com
E-Mail: Jeffrey.Rogan@ClarkCountyDA.com
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDOM SUMMERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada.<br><br>Defendant(s). | Case No:   2:24-cv-00334-JAD-NJK<br><br>**STIPULATION AND ORDER ON EXTENSION OF RESPONSE DATES TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [4] AND MOTION FOR TEMPORARY RESTRAINING ORDER [5]**<br><br>ECF No. 7 |

It is stipulated by and between the undersigned parties, through their respective attorneys, that:

1. Defendant Clark County may have until March 14, 2024, to respond to Plaintiffs' Motion for Preliminary Injunction [4] and Motion for Temporary Restraining Order [5]; and

///

///

///

///

2. This extension, which was granted as a matter of professional courtesy by Plaintiffs' counsel, shall not be used as a basis to argue a lack of exigency justifying a preliminary injunction or temporary restraining order.

DATED this 28th day of February 2024.

        STEVEN B. WOLFSON
        DISTRICT ATTORNEY

By: */s/ Joel K. Browning*
  JOEL K. BROWNING
  Deputy District Attorney
  Bar No. 14489
  JEFFREY S. ROGAN
  Deputy District Attorney
  State Bar No. 10734
  500 South Grand Central Pkwy., Suite 5075
  Las Vegas, Nevada 89155-2215
  *Attorneys for Defendant Clark County*

AMERICAN CIVIL LIBERTIES UNION OF NEVADA

*/s/ Christopher M. Peterson*
Christopher M. Peterson, Esq.
Tatiana R. Smith, Esq.
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
*Attorney for Plaintiffs*
Peterson@aclunv.org
tsmith@aclunv.org

Margaret A. McLetchie, Esq.
Leo S. Wolpert, Esq.
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, NV 89101
efile@nvlitigation.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED** this 4th day of March, 2024.

        _____
        UNITED STATES DISTRICT JUDGE