Christopher Peterson
Nevada Bar No.: 13932
Tatiana R. Smith
Nevada Bar No.:16627
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, Nevada 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Email: peterson@aclunv.org

Margaret A. McLetchie, Esq.
Leo S. Wolpert, Esq.
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, NV 89101
efile@nvlitigation.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY, <br><br> Defendant. | Case Number: 2:24-cv-00334 -JAD-NJK <br><br> **STIPULATION AND ORDER ON EXTENSION OF REPLY DATE TO DEFENDANT'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER [10]** <br><br> ECF No. 13 |

It is stipulated by and between the undersigned parties , through their attorneys, that:

1. Plaintiffs may have until March 26, 2024, to reply to Defendant's Response to Plaintiffs' Motion for Preliminary Injunction and Motion for Temporary Restraining Order [10]; and

1

2. Good cause exists to grant the extension as Plaintiff's counsel has had both conflicting professional obligations, including deadlines for motions for summary judgment and multiple court hearings during the past week, and personal obligations in providing childcare for an infant on Thursday due to no other available alternatives.

3. Defendant, as a professional courtesy, has stipulated to this extension.

DATED the __20th__ day of March 2024.

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION OF NEVADA** | **STEVEN B. WOLFSON DISTRICT ATTORNEY** |
| /s/ Christopher M. Peterson<br>Christopher M. Peterson<br>Tatiana R. Smith<br>4362 W. Cheyenne Ave.<br>North Las Vegas, NV 89032<br>*Attorney for Plaintiffs*<br>Peterson@aclunv.org<br>tsmith@aclunv.org<br><br>Margaret A. McLetchie, Esq.<br>Leo S. Wolpert, Esq.<br>MCLETCHIE LAW<br>602 South Tenth Street<br>Las Vegas, NV 89101<br>efile@nvlitigation.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Joel K. Browning<br>Joel K. Browning<br>Deputy District Attorney<br>Bar No. 14489<br>Jeffrey S. Rogan<br>Deputy District Attorney<br>Bar No. 10734<br>500 South Grand Central Pkwy., Suite 5075, Las Vegas, Nevada 89155-2215<br>*Attorneys for Defendant Clark County* |

## ORDER

Based on the parties' stipulation [ECF No. 13] and good cause appearing,

**IT IS SO ORDERED** this 21st day of March 2024.

_____
UNITED STATES DISTRICT JUDGE