STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
Bar No. 1565
By: **JOEL K. BROWNING**
Deputy District Attorney
Bar No. 14489
By: **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Joel.Browning@ClarkCountyDA.com
E-Mail: Jeffrey.Rogan@ClarkCountyDA.com
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDOM SUMMERS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision of the state of Nevada. <br><br> Defendant. | Case No:   2:24-cv-00334-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT CLARK COUNTY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT [17]** <br> **(First Request)** |

It is stipulated by and between the undersigned parties, through their respective attorneys, that:

1. Defendant Clark County filed its Motion to Dismiss Plaintiff's Complaint [9] on March 14, 2024; Plaintiffs filed their Response on March 28, 2024 [17]; Defendant's reply is due Thursday, April 4, 2024; and,

2. Defendant Clark County may have until Tuesday, April 9, 2024, to reply to Plaintiffs' Response to Defendant Clark County's Motion to Dismiss Plaintiff's Complaint [17]; and

3. This is the first request to extend the subject deadline, although this Court has granted brief extensions of time to both Plaintiffs and Defendant Clark County to respond and/or reply to Plaintiffs' Motion for a Temporary Protective Order and Motion for a Preliminary Injunction [*see* ECF Nos. 8 and 14]; and

4. Good cause exists to grant the extension because, during the upcoming week, Defendant's counsel JOEL BROWNING has conflicting professional obligations, including depositions and attendance at a recruitment event at the Boyd School of Law, and Defendant's counsel JEFFREY S. ROGAN must attend an out-of-state funeral and respond to two other motions; and,

5. This extension, which was agreed upon as a matter of professional courtesy by Plaintiffs' counsel, shall not be used as a basis to argue a lack of exigency justifying a preliminary injunction or temporary restraining order.

DATED this 3rd day of April, 2024.

           STEVEN B. WOLFSON
           DISTRICT ATTORNEY

By: */s/ Jeffrey S. Rogan*
    JEFFREY S. ROGAN
    Deputy District Attorney
    Bar No. 10734
    500 South Grand Central Pkwy., Suite 5075
    Las Vegas, Nevada 89155-2215
    *Attorney for Defendant Clark County*

AMERICAN CIVIL LIBERTIES
UNION OF NEVADA

/s/ Christopher M. Peterson
Christopher M. Peterson, Esq.
Tatiana R. Smith, Esq.
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
*Attorney for Plaintiffs*
Peterson@aclunv.org
tsmith@aclunv.org

Margaret A. McLetchie, Esq.
Leo S. Wolpert, Esq.
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, NV 89101
efile@nvlitigation.com

*Attorneys for Plaintiffs*

### ORDER

**Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS ORDERED that the deadline to file a reply in support of the motion to dismiss [ECF No. 9] is extended to April 9, 2024.**

_____
UNITED STATES DISTRICT JUDGE
April 4, 2024