CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932
TATIANA R. SMITH, Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: peterson@aclunv.org; tsmith@aclunv.org

MARGARET A. MCLETCHIE, Nevada Bar No.: 10931
LEO S. WOLPERT, Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>Defendant | Case No.: 2:24-cv-00334-JAD-NJK<br><br>**STIPULATION AND ORDER ON EXTENSION OF RESPONSE DATE TO DEFENDANT'S MOTION TO STAY DISCOVERY (ECF NO. 18)**<br><br>**(FIRST REQUEST)** |

It is stipulated by and between the undersigned parties, through their attorneys, that:

1. Plaintiffs may have until April 24, 2024, to respond to Defendant's Motion to Stay Discovery (ECF No. 18); and,

1

2. Good cause exists to grant the extension as Plaintiff's counsel (specifically, the undersigned) has had both conflicting professional obligations and personal obligations.

3. Defendant, as a professional courtesy, has stipulated to this extension. The undersigned appreciates Defendants' professional courtesy.

DATED the 17th day of April, 2024

DATED the 17th day of April, 2024

*/s/ Margaret A. McLetchie*
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932
TATIANA R. SMITH, Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: peterson@aclunv.org; tsmith@aclunv.org

*Attorneys for Plaintiff*

*/s/ Joel K. Browning*
Joel K. Browning, Deputy District Attorney
Nevada Bar No. 14489
Jeffrey S. Rogan, Deputy District Attorney
Nevada Bar No. 10734
**STEVEN B. WOLFSON**
**DISTRICT ATTORNEY**
500 South Grand Central Pkwy., Ste. 5075
Las Vegas, NV 89155-2215

*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation and good cause appearing,

IT IS SO ORDERED this __18th__ day of April, 2024.

                                                                   _____
                                                                   United States Magistrate Judge