CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932
TATIANA R. SMITH, Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: peterson@aclunv.org; tsmith@aclunv.org

MARGARET A. MCLETCHIE, Nevada Bar No.: 10931
LEO S. WOLPERT, Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>Defendant | Case No.: 2:24-cv-00334-JAD-NJK<br><br>**STIPULATION AND ORDER ON EXTENSION OF RESPONSE DATE TO DEFENDANT'S MOTION TO STAY DISCOVERY (ECF NO. 18)**<br><br>**(SECOND REQUEST)** |

It is stipulated by and between the undersigned parties, through their attorneys, that:

1. Plaintiffs may have until April 30 2024, to respond to Defendant's Motion to Stay Discovery (ECF No. 18); and,

1

2. Good cause exists to grant the extension as the Parties are meeting and conferring regarding the Motion.

DATED the 24$^h$ day of April, 2024     DATED the 24th day of April, 2024

/s/ Margaret A. McLetchie  
MARGARET A. MCLETCHIE  
Nevada Bar No. 10931  
LEO S. WOLPERT  
Nevada Bar No. 12658  
**MCLETCHIE LAW**  
602 South Tenth Street  
Las Vegas, NV 89101  
Telephone: (702) 728-5300  
Fax: (702) 425-8220  
Email: efile@nvlitigation.com  

CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932  
TATIANA R. SMITH, Nevada Bar No.: 16627  
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**  
4362 W. Cheyenne Ave.  
North Las Vegas, NV 89032  
Telephone: (702) 366-1226  
Facsimile: (702) 830-9205  
Emails: peterson@aclunv.org; tsmith@aclunv.org  
*Attorneys for Plaintiff*

/s/ Joel K. Browning  
Joel K. Browning, Deputy District Attorney  
Nevada Bar No. 14489  
Jeffrey S. Rogan, Deputy District Attorney  
Nevada Bar No. 10734  
**STEVEN B. WOLFSON**  
**DISTRICT ATTORNEY**  
500 South Grand Central Pkwy., Ste. 5075  
Las Vegas, NV 89155-2215  
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation and good cause appearing,

IT IS SO ORDERED this __26th__ day of April, 2024.

_____  
United States Magistrate Judge