# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-00334-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). Defendants had filed a motion to stay discovery, Docket No. 18, but that motion has now been withdrawn, Docket No. 32.[1] No later than May 14, 2024, one of the following must be filed: (1) a joint proposed discovery plan, (2) a renewed motion to stay discovery, or (3) a joint proposed scheduling order representing that no discovery is required in the case and providing stipulated dates for the case to be decided on its merits.

IT IS SO ORDERED.

Dated: April 30, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] To the extent the notice of withdrawal suggests that the parties may stay discovery without judicial approval, such an understanding would be incorrect. *See, e.g.*, Fed. R. Civ. P. 29(b).

1