CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932
TATIANA R. SMITH, Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: peterson@aclunv.org; tsmith@aclunv.org

MARGARET A. MCLETCHIE, Nevada Bar No.: 10931
LEO S. WOLPERT, Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision of the state of Nevada, <br><br> Defendant | Case No.: 2:24-cv-00334-JAD-NJK <br><br> **STIPULATION AND ORDER ON EXTENSION OF RESPONSE DATE TO DEFENDANT'S MOTION TO STAY DISCOVERY (ECF NO. 37)** <br><br> **(FIRST REQUEST)** |

It is stipulated by and between the undersigned parties, through their attorneys, that:

1. Plaintiffs may have until May 30, 2024, to respond to Defendant's Motion to Stay Discovery (ECF No. 37); and,

2. Good cause exists to grant the extension as Plaintiff's counsel (specifically, the undersigned) has had both conflicting professional obligations and personal obligations. To wit, Mr. Wolpert's father died on May 17, 2024, requiring Ms. McLetchie and Mr. Wolpert to travel out of the jurisdiction to attend the funeral.

3. Defendant, as a professional courtesy, has stipulated to this extension. The undersigned appreciates Defendants' professional courtesy.

DATED the 28th day of May, 2024

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT
Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932
TATIANA R. SMITH, Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: peterson@aclunv.org;
tsmith@aclunv.org

*Attorneys for Plaintiff*

DATED the 28th day of May, 2024

/s/ Joel K. Browning
Joel K. Browning, Deputy District Attorney
Nevada Bar No. 14489
Jeffrey S. Rogan, Deputy District Attorney
Nevada Bar No. 10734
**STEVEN B. WOLFSON**
**DISTRICT ATTORNEY**
500 South Grand Central Pkwy., Ste. 5075
Las Vegas, NV 89155-2215

*Attorneys for Defendant*

IT IS SO ORDERED.
Dated: May 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge