STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
Bar No. 1565
By:  **JOEL K. BROWNING**
Deputy District Attorney
Bar No. 14489
By:  **JEFFREY S. ROGAN**
Deputy District Attorney
State Bar No. 010734
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail:  Joel.Browning@ClarkCountyDA.com
E-Mail:  Jeffrey.Rogan@ClarkCountyDA.com
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDOM SUMMERS, an individual,<br><br>                    Plaintiffs,<br><br>            vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada.<br><br>                    Defendant. | Case No:     2:24-cv-00334-JAD-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT CLARK COUNTY'S 12(b)(1) MOTION TO DISMISS PLAINTIFF LISA MCALLISTER AND HER ADA CLAIMS FOR LACK OF STANDING [45]**<br>**(First Request)**<br><br>[ECF No. 47] |

**IT IS STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES, THROUGH THEIR RESPECTIVE ATTORNEYS, THAT:**

1. Defendant Clark County filed its Motion to Dismiss Plaintiff Lisa McAllister and Her ADA Claims for Lack of Standing [45] on June 14, 2024; Plaintiffs filed their Response on June 28, 2024 [46]; Defendant's reply is due Friday, July 5, 2024; and,

2. Defendant Clark County may have until Friday, July 12, 2024, to reply to Plaintiffs' Response [46] to Defendant Clark County's Motion to Dismiss Plaintiff Lisa McAllister and Her ADA Claims for Lack of Standing [45]; and

3. Good cause exists to grant the extension because, during the upcoming week, Defendant's counsel JEFFREY S. ROGAN and JOEL K. BROWNING have conflicting personal and professional obligations arising from the Fourth of July holiday weekend and the preparation of other dispositive motions at the close of discovery in other matters; and,

4. This extension, which was agreed upon as a matter of professional courtesy by Plaintiffs' counsel, shall not be used as a basis to argue a lack of exigency justifying a preliminary injunction or temporary restraining order nor is it in any way intended to delay or impair the Court's ability to issue a ruling on Defendant Clark County's pending motion to stay discovery [37].

DATED this 2nd day of July, 2024.

| AMERICAN CIVIL LIBERTIES UNION OF NEVADA | STEVEN B. WOLFSON DISTRICT ATTORNEY |
|---|---|
| */s/ Margaret A. McLetchie, Esq.*<br>Christopher M. Peterson, Esq.<br>Tatiana R. Smith, Esq.<br>4362 W. Cheyenne Ave.<br>North Las Vegas, NV 89032<br>*Attorney for Plaintiffs*<br>Peterson@aclunv.org<br>tsmith@aclunv.org | By: */s/ Joel K. Browning*<br>JOEL K. BROWNING<br>Deputy District Attorney<br>Bar No. 14489<br>500 South Grand Central Pkwy., Suite 5075<br>Las Vegas, Nevada 89155-2215<br>*Attorney for Defendant Clark County* |
| Margaret A. McLetchie, Esq.<br>Leo S. Wolpert, Esq.<br>MCLETCHIE LAW<br>602 South Tenth Street<br>Las Vegas, NV 89101<br>efile@nvlitigation.com<br><br>*Attorneys for Plaintiffs* | |

IT IS HEREBY ORDERED that **Defendant's reply in support of the pending motion to dismiss at ECF No. 45 is due Friday, July 12, 2024**.

Dated: July 3, 2024

_____
UNITED STATES DISTRICT JUDGE