CHRISTOPHER M. PETERSON
Nevada Bar No.: 13932
TATIANA R. SMITH
Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES**
**UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702)-718-3213
Emails: peterson@aclunv.org
        tsmith@aclunv.org

MARGARET A. MCLETCHIE
Nevada Bar No.: 10931
LEO S. WOLPERT
Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual,<br><br>         Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>         Defendant. | Case No.: 2:24-cv-00334<br><br>**ORDER TO EXTEND DEADLINE FOR DISCOVERY DEADLINES**<br>**(FIRST REQUEST)** |

Plaintiffs, LISA MCALLISTER and BRANDON SUMMERS ("Plaintiffs") and Defendant, CLARK COUNTY, by their respective counsel, hereby stipulate and agree to extend the Discovery

Page **1** of **6**

Plan and Scheduling Order an additional **30 days**. This Stipulation is sought in good faith and not for the purposes of delay.

Parties hereby stipulate pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure as follows:

I.   **STATUS OF DISCOVERY**

A.   **Plaintiffs' Discovery**

1. Plaintiffs' Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated May 20, 2024.

2. Plaintiffs' First Supplemental Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 17, 2024.

3. Plaintiffs' First Set of Requests for Production to Defendant dated September 25, 2024.

4. Plaintiffs' First Set of Interrogatories to Defendant dated October 4, 2024.

B.   **Defendant's Discovery**

5. Defendant's Initial Disclosure of Witnesses and Documents Pursuant to FRCP 26.1(a)(1) dated September 17, 2024.

6. Defendant's Answers to Plaintiffs' First Set of Interrogatories to Defendant dated November 14, 2024.

7. Defendant's Responses to Plaintiffs' First Set of Requests for Production to Defendant dated November 14, 2024.

8. Defendant's First Supplemental Disclosures dated November 14, 2024.

II.  **Discovery that Remains to Be Completed.**

Plaintiffs are reviewing Defendant's responses to Plaintiffs' interrogatories and requests for productions. For the reasons explained below, the Parties will need additional time to meet and confer with Defendant regarding these discovery answers before submitting an amended complaint and

continuing discovery, which will include depositions and, potentially, expert discovery.

### III. Specific Description of Why an Extension Is Necessary.

The Parties seek a 30-day extension for the current discovery deadlines in the Discovery Plan and Scheduling Order [ECF No. 54]. The Parties acknowledge that a showing of good cause is necessary for any modifications to a scheduling order within 21 days of a deadline being modified. Local Rule 26-3. The Parties assert that good cause exists for a few reasons.

First, Plaintiffs submitted 82 requests in their First Set of Requests for Production and 9 interrogatories in their First Set of Interrogatories. Defendants' counsel requested additional time to complete their discovery responses, which Plaintiffs' counsel agreed to as a professional courtesy. After reviewing Defendants' responses, Plaintiffs' counsel determined that a meet and confer will be necessary to discuss potential disputes. However, due to the holiday season and Plaintiffs' counsels other professional obligations, including multiple filing deadlines before the Nevada Supreme Court and multiple mediations to resolve matters pending before the United States District Court for the State of Nevada, Plaintiffs' counsel needs more time to finalize their review of the discovery responses, provide opposing counsel with the specific objections that Plaintiffs dispute, and arrange time for the parties to meet and confer.

Second, Plaintiffs are finalizing a proposed amended complaint (1) adding a new party with claims legally identical to Plaintiff Summers and (2) clarifying the factual and legal basis for the existing claims raised by Plaintiff Summers. While it is Plaintiffs' understanding that they may file an amended complaint without consulting with opposing counsel, it is also Plaintiffs' understanding that this Court prefers that the parties attempt to resolve any disputes before resorting to motion practice even under circumstances where a meet-and-confer is not required, including motions to amend. *See Int'l Mkts. Live, Inc. v. Imonite*, No. 2:22-cv-01863-GMN-BNW, 2023 U.S. Dist. LEXIS 123144, at *6 (D. Nev. July 17, 2023) ("Plaintiff refiled the motion shortly after removal on November 22, 2022, *not realizing that the Court preferred parties to meet-and-confer before filing a*

*motion to amend.*" (emphasis added)). For the same scheduling reasons identified above, the parties are requesting additional time to review the proposed amendments and meet-and-confer if necessary.

Plaintiffs believe that these reasons establish good cause for extending the current deadlines and offer the following proposed schedule for completing all deadlines.

### IV. Proposed Schedule for Completing All Remaining Deadlines

|  | **Current Deadline** | **[Proposed] New Deadline** |
|---|---|---|
| Amend Pleadings and Add Parties | December 3, 2024 | January 2, 2025 |
| Initial Expert Disclosures | January 2, 2025 | February 1, 2025 |
| Rebuttal Expert Disclosures | February 3, 2025 | March 5, 2025 |
| Discovery Cut-Off | March 3, 2025 | April 2, 2025 |
| Dispositive Motions | April 2, 2025 | May 2, 2025 |
| Pretrial Order | May 2, 2025 (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) | June 2, 2025[1] (If dispositive motions are filed, the deadline shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.) |

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

---

[1] As 30 days from May 2, 2025, is a Sunday, June 1, 2025, the next date is June 2, 2025.

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended an additional 30 days.

IT IS SO STIPULATED

DATED: November 26, 2024

| CLARK COUNTY | ACLU OF NEVADA |
|---|---|
| /s/ Joel K. Browning | /s/ Christopher M. Peterson |
| STEVEN B. WOLFSON | CHRISTOPHER M. PETERSON |
| District Attorney | Nevada Bar No.: 13932 |
| **CIVIL DIVISION** | TATIANA R. SMITH |
| Bar No. 1565 | Nevada Bar No.: 16627 |
| JOEL K. BROWNING | **AMERICAN CIVIL LIBERTIES** |
| Deputy District Attorney | **UNION OF NEVADA** |
| Bar No. 14489 | 4362 W. Cheyenne Ave. |
| JEFFREY S. ROGAN | North Las Vegas, NV 89032 |
| Deputy District Attorney | Telephone: (702) 366-1226 |
| State Bar No. 010734 | Facsimile: (702) 718-3213 |
| 500 South Grand Central Pkwy., Suite 5075 | Email: peterson@aclunv.org |
| Las Vegas, Nevada 89155-2215 | MARGARET A. MCLETCHIE |
| Telephone (702) 455-4761 | Nevada Bar No.: 10931 |
| Fax (702) 382-5178 | LEO S. WOLPERT |
| Joel.Browning@ClarkCountyDA.com | Nevada Bar No.: 12658 |
| Jeffrey.Rogan@ClarkCountyDA.com | **MCLETCHIE LAW** |
|  | 602 South Tenth Street |
| *Attorneys for Defendant Clark County* | Las Vegas, NV 89101 |
|  | Telephone: (702) 728-5300 |
|  | Fax: (702) 425-8220 |
|  | Email: maggie@nvlitigation.com |
|  | *Attorneys for Plaintiffs* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 27, 2024