# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LISA MCALLISTER, *et al.*,

    Plaintiffs,

v.

CLARK COUNTY,

    Defendant.

Case No.: 2:24-cv-00334-JAD-NJK

**Order**

[Docket Nos. 75, 76]

    Pending before the Court are the parties' stipulations to extend Plaintiff's deadline to file replies in support of their motion to compel and motion for sanctions, Docket Nos. 75, 76, which are **GRANTED**.

    Accordingly, Plaintiffs' deadline to file their replies is extended to February 21, 2025.

    IT IS SO ORDERED.

    Dated: February 13, 2025

                                  Nancy J. Koppe
                                  United States Magistrate Judge