UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual; JORDAN POLOVINA, an individual,<br><br>    Plaintiffs,<br><br> vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada.<br><br>    Defendant(s). | Case No: 2:24-cv-00334<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND RESPONSES**<br><br>**(First Request)** |

Pursuant to LR IA 6-1 and F.R.C.P. Rule 6, the Parties stipulate to extend the time to file dispositive motions in this case and the associated response and reply deadlines until November 20, 2025, December 11, 2025, and December 18, 2025, respectively. Accordingly, it is stipulated by and between the undersigned Parties as follows:

1. Whereas discovery in this matter officially closed on or around September 23, 2025;

2. Whereas three key depositions were conducted at the close of discovery, including the deposition of the Clark County 30(b)(6) witness on or around September 19, 2025, and the depositions of the LVMPD 30(b)(6) witnesses on or around

September 22, 2025, and September 23, 2025;

3. Whereas it is anticipated that the deposition transcripts for these depositions will be available at or around the end of October, after deponents have the opportunity to review, provide edits, and/or sign off on their transcripts and the court reporter makes any associated changes;

4. Whereas counsel for Defendant Clark County will be out of the country with limited access to e-mail in conjunction with a family event between October 22, 2025, and November 3, 2025;

5. Whereas the current dispositive motion deadline is set for October 21, 2025; and

6. Whereas there are a number of public holidays in November and December;

7. It is STIPULATED by and between the undersigned Parties that the new deadlines for dispositive motions, responses, and replies shall be extended and set as follows:

    a. **New Dispositive Motion Deadline - November 20, 2025;**

    b. **New Dispositive Motion Response Deadline – December 11, 2025; and**

    c. **New Dispositive Motion Reply Deadline – December 18, 2025.**

///

///

///

///

8. Good cause exists to grant the foregoing extensions on the time to file dispositive motions and the associated responses and replies because of:

    a. The importance of the constitutional questions at issue in this case; and

    b. The unavailability of deposition transcripts for inclusion and/or consideration in drafting dispositive motions;

**IT IS SO ORDERED**
Dated: October 8, 2025

_____
Nancy J. Koppe
United States Magistrate Judge