UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; BRANDON SUMMERS, an individual; and JORDAN POLOVINA, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>    Defendant. | Case Number: 2:24-cv-00334<br><br>**ORDER GRANTING**<br>**Motion to Remove Counsel from**<br>**CM/ECF Service List** |

  Plaintiffs Lisa McAllister, Brandon Summers, and Jordan Polovina respectfully request that attorney Tatiana Smith be removed from the CM/ECF service list for the above-captioned matter. Ms. Smith is no longer with the American Civil Liberties Union of Nevada, and the ACLU

Page 1

of Nevada requests that that the email address tsmith@aclunv.org be removed from the service list

IT IS SO ORDERED:

Dated: November 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge