# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; BRANDON SUMMERS, an individual; and JORDAN POLOVINA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>Defendant. | Case Number: 2:24-cv-00334<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND RESPONSES**<br><br>(Second Request) |

The Parties stipulate pursuant to LR IA 6-1 and FRCP Rule 6 to extend the time to file dispositive motions in this case and the associated response and reply deadlines from November 20, 2025, December 11, 2025, and December 18, 2025 to December 11, 2025, January 8, 2026,

Page 1

and January 15, 2026, respectively as reflected in the table provided at the end of this stipulation. This stipulation is sought in good faith and not for the purposes of delay.

## I.  Legal standard

Pursuant to FRCP Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." LR IA 6-1 requires that a motion to extend time "state the reasons for the extension requested" and "inform the court of all previous of all previous extensions of the subject deadline the court granted."

## II.  Factual basis for the extension

Counsel for both parties need additional time to review discovery disclosed during the discovery period and draft their dispositive motions. Discovery in this matter closed on September 23, 2025, but the transcript from the last Fed. Rev. 30(b)(6) deposition was unavailable until October 20, 2025[1]. Approximately 390,000 pages of documents have been disclosed by the parties during the discovery period and approximately 1,500 deposition transcript pages have been generated during discovery. Many records (including data) were only relatively recently provided by the las Vegas Metropolitan Police Department ("LVMPD") in response to an amended subpoena from Plaintiff and following very extensive meet and confer efforts with LVMPD. Respectfully, the parties would need more time to complete their motions even at normal capacity.

The capacity for counsel for both parties has been more limited than expected over the last month due to unanticipated litigation in other matters and staffing changes. Counsel for all parties have authored amicus briefs on short notice for matters of statewide importance before the Nevada Supreme Court within the last month, including briefs in support of emergency petitions filed on expedited briefing schedules. Regarding staffing changes, Tatiana Smith, who has been counsel on this matter since its inception, recently resigned from the ACLU of Nevada. McLetchie Law also had key administrative staff changes during the last few weeks, with an office manager of

---

[1] Plaintiffs took the depositions of 4 Fed. Rev. Civ. P. 30((b)(6) designees, two from the County and two from the LVMPD.

Page 2

four years resigning.[2]

While Plaintiffs' counsel have sufficient capacity to handle this litigation moving forward and recognize that, generally, their schedules alone do not justify extensions, Plaintiffs' counsel need a few additional weeks to address and adjust to their respective staffing changes that they did not have the ability to plan for in advance and prepare their dispositive motion.

Counsel for Clark County also spent two weeks out of the jurisdiction due to a wedding in the family in South Korea with limited access to e-mail and telephone communications and, due to his inability to monitor his e-mail in his absence, has had a backlog of issues relating to other cases that required his attention upon his return that have made reviewing the discovery in this matter more difficult.

Additionally, while the parties have completed discovery (written and depositions), they are still resolving issues regarding items from recent Fed. Rev. Civ. P. 30(b)(6) depositions, including items that the County may need to produce Plaintiffs' request that Las Vegas Metropolitan Police Department ("LVMPD") disclose certain documents based on the Fed. Rev. Civ. P. 30(b))(6) deposition and pursuant to a subpoena served by Plaintiffs during the discovery period.[3]

Finally, scheduling around the holidays, including Thanksgiving, Christmas, and New Years, poses challenges on all sides due to family visits and travel. Lead counsel for Plaintiffs from the ACLU, Christopher Peterson, is also scheduling around the birthdays of his wife and daughter during this same period. While they can and will work from out of town, Ms. McLetchie and Mr. Wolpert will be out of the jurisdiction between November 27, 2205, and December 4, 2025.

---

[2] McLetchie Law promoted another staff person but Ms. McLetchie had had to engage in training and temporarily assume certain administrative duties, such as those relating to Human Resources functions, including overseeing open enrollment planning for the firm's health care plans and other work.

[3] For example, counsel for LVMPD agreed at the deposition to produce a work file and data related to the bridges. Ms. McLetchie has reached out to counsel for LVMPD (to follow up on that issue and other meet and confer issues relating to the deposition after receiving transcripts but has yet to secure a time (the key counsel for LVMPD was in trial in late October) and followed up again on November 11, 2025.

Page **3**

Counsel for Clark County will also have family in town during the week of Thanksgiving and the first week of December for Thanksgiving holiday events and winter youth band concerts and, due to immediate family member birthdays and Christmas between December 18 and December 25, anticipates being absent from the office for several days during the last couple of weeks in December.

This is the second stipulation for extension of time to file dispositive motions.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

III. Ordered schedule for completing the remaining deadlines

|  | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Dispositive Motions | November 20, 2025 | December 11, 2025 |
| Responses to Dispositive Motions | December 11, 2025 | January 8, 2026 |
| Replies in support of Dispositive Motions | December 18, 2025 | January 15, 2026 |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2025