UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-00334-JAD-NJK<br>**ORDER GRANTING MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

　　　Amicus Curiae, THE NEVADA RESORT ASSOCIATION, respectfully requests that attorney Mitchell Langberg be removed from the CM/ECF service list for the above-captioned matter. Mr. Langberg is no longer with Brownstein Hyatt Farber Schreck, LLP. Amicus Curaie, THE NEVADA RESORT ASSOCIATION, requests that the email address of mlangberg@clarklocke.com be removed from the service list.

IT IS SO ORDERED.
Dated: November 19, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1