UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; BRANDON SUMMERS, an individual; and JORDAN POLOVINA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>Defendant. | Case Number: 2:24-cv-00334-JAD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND RESPONSES**<br><br>**(Third Request)** |

The Parties stipulate pursuant to LR IA 6-1 and FRCP Rule 6 to extend the time to file dispositive motions in this case by seven (7) days, from December 11, 2025, to December 18, 2025, and to likewise extend the associated response and reply deadlines from January 8, 2026, to

Page 1

January 15, 2026, and from January 15, 2026, to January 22, 2026, respectively. This stipulation is sought in good faith and not for the purposes of delay.

### I. Legal Standard

Pursuant to FRCP Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." LR IA 6-1 requires that a motion to extend time "state the reasons for the extension requested" and "inform the court of all previous of all previous extensions of the subject deadline the court granted."

### II. Factual Basis for the Extension

The Parties seek a brief, seven (7)-day extension of the current for the current dispositive motion deadline.

While Plaintiffs' counsel have sufficient capacity to handle this litigation moving forward and recognize that, generally, their schedules alone do not justify extensions, Plaintiffs' counsel need the additional week to address and adjust to recent unexpected circumstances.

Lead counsel, Christopher Peterson of the ACLU of Nevada is traveling this week due to oral argument before the Nevada Supreme Court and a work-related conference.

Plaintiff's counsel, Ms. McLetchie and Mr. Wolpert, were recently out of the jurisdiction, and, shortly after their return on December 4, 2025, Ms. McLetchie were stricken with unexpected illness, and their office is still contending with difficulties stemming from an office manager of four years recently resigning and training new staff,

This is the third stipulation for extension of time to file dispositive motions.

///
///
///
///
///
///
///

Page **2**

### III.     Schedule for Completing the Remaining Deadlines

|  | Current Deadline | New Deadline |
|---|---|---|
| Dispositive Motions | December 11, 2025 | December 18, 2025 |
| Responses to Dispositive Motions | January 8, 2026 | unchanged |
| Replies in Support of Dispositive Motions | January 15, 2026 | unchanged |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2025