CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932
TATIANA R. SMITH, Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: peterson@aclunv.org; tsmith@aclunv.org

MARGARET A. MCLETCHIE, Nevada Bar No.: 10931
LEO S. WOLPERT, Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; BRANDON SUMMERS, an individual; and JORDAN POLOVINA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a political subdivision of the state of Nevada,<br><br>Defendant. | Case Number: 2:24-cv-00334-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION TO DISMISS RESPONSES**<br><br>(First Request)<br><br>ECF No. 114 |

It is stipulated by and between the undersigned parties, through their attorneys, that:

1. Plaintiffs may have until January 9, 2026, to respond to Defendant's Motion to Dismiss (ECF No. 102), currently due on January 2, 2026; and,

2. Good cause exists to grant the extension as Plaintiff's counsel (specifically, the undersigned) has had both conflicting professional obligations and personal obligations.

3. Defendant, as a professional courtesy, has stipulated to this extension. The undersigned

appreciates Defendant' professional courtesy.

DATED the 31st day of December, 2025      DATED the 31st day of December, 2025

/s/ Margaret A. McLetchie                /s/ Joel K. Browning
MARGARET A. MCLETCHIE                    Joel K. Browning, Deputy District Attorney
Nevada Bar No. 10931                     Nevada Bar No. 14489
LEO S. WOLPERT                           Jeffrey S. Rogan, Deputy District Attorney
Nevada Bar No. 12658                     Nevada Bar No. 10734
**MCLETCHIE LAW**                        **STEVEN B. WOLFSON**
602 South Tenth Street                   **DISTRICT ATTORNEY**
Las Vegas, NV 89101                      500 South Grand Central Pkwy., Ste. 5075
Telephone: (702) 728-5300                Las Vegas, NV 89155-2215
Fax: (702) 425-8220
Email: efile@nvlitigation.com            *Attorneys for Defendant*

CHRISTOPHER M. PETERSON, Nevada Bar No.: 13932
TATIANA R. SMITH, Nevada Bar No.: 16627
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 830-9205
Emails: peterson@aclunv.org;
tsmith@aclunv.org

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
January 5, 2026