CHRISTOPHER M. PETERSON
Nevada Bar No.: 13932
JACOB T. S. VALENTINE
Nevada Bar No.: 16324
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032
Telephone: (702) 366-1226
Facsimile: (702) 718-3213
Emails: peterson@aclunv.org
         jvalentine@aclunv.org

MARGARET A. MCLETCHIE
Nevada Bar No.: 10931
LEO S. WOLPERT
Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: efile@nvlitigation.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| LISA MCALLISTER, an individual; BRANDON SUMMERS, an individual; and JORDAN POLOVINA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision of the state of Nevada, <br><br> Defendant. | Case Number: 2:24-cv-00334 <br><br> **Stipulation and [Proposed] Order to Extend Time to File Responses to Dispositive Motions** <br><br> **(Fourth Request)** <br><br> [ECF No. 121] |

The Parties stipulate pursuant to LR IA 6-1 and FRCP Rule 6 to extend the time to file responses to the motions for summary judgment filed on December 18, 2025 [ECF No. 103 and ECF No. 105] from February 13, 2026, to February 27, 2026, related reply deadlines from February

27, 2026, to March 16, 2026, and Plaintiffs deadline to respond to the Nevada Resorts Association's amicus brief from March 10, 2026, to March 24, 2026, respectively as reflected in the table provided at the end of this stipulation. This stipulation to an approximate two-week extension of the outstanding deadlines[1] is sought in good faith and not for the purposes of delay.

## I.      Legal standard

Pursuant to FRCP Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." LR IA 6-1 requires that a motion to extend time "state the reasons for the extension requested" and "inform the court of all previous extensions of the subject deadline the court granted."

## II.     Procedural history and factual basis for the extension

Plaintiffs and Defendant Clark County filed cross motions for summary judgment on December 18, 2025. Defendant Clark County Motion for Summary Judgment, ECF No. 103; Plaintiffs' Motion for Summary Judgment, ECF No. 105. On December 22, 2025, the Nevada Resorts Association (NRA) filed a motion for leave to file an amicus brief in support of the County's motion for summary judgment. ECF No. 112. Due to the motion for leave, the Court stayed briefing for summary judgment. ECF No. 113. On January 23, 2026, the Court lifted the stay and ordered parties to file their responses to the pending motions for summary judgment by February 13, 2026, and replies by February 27, 2026. Plaintiffs have been directed to file any response to the NRA's amicus brief by March 10, 2026.

While working on this matter, the counsel for ACLU of Nevada has been litigating a federal class action in *Jacobo-Ramirez et al. v. Noem et al.*, 2:25-cv-02136-RFB-MDC challenging the Department of Homeland Security (DHS)'s failure to hold bond hearings for people eligible for bond under federal immigration law. DHS's refusal to provide bond hearings deviates from how the agency has interpreted the relevant statutory provision for decades and has placed a significant

---

[1] The extensions sought are generally for just two weeks. However, Mr. Peterson, lead counsel, has a pre-arranged family vacation from March 9 to March 13, 2026; moving the Reply deadline an additional business day allows him just one business day to approve the final Reply that co-counsel will assist with in his absence and prepare for his approval.

strain on the federal judiciary due to the flood of habeas petitions challenging DHS's new position. Sudhin Thanawala, *Trump's immigration crackdown is straining federal courts. Judges are raising the alarm*, AP News (February 9, 2026); *see also Jacobo-Ramirez et al. v. Noem et al.*, 2:25-cv-02136-RFB-MDC, Order, February 5, 2026, ECF No. 71. at 2 n.1 (noting 60 other cases that came before the Court on the same issue). While district courts across the country have found DHS's policy unlawful, a panel in the United States Court of Appeals for the Fifth Circuit recently upheld DHS's policy in a 2-1 decision. *See* Safiyah Riddle, *Appeals court affirms Trump policy of jailing immigrants without bond*, AP News (February 7, 2026), available at https://apnews.com/article/fifth-circuit-immigrant-detainees-denied-bond-f5265ecf771d1f8e9f20d48bddfb1a25; *see also Jacobo-Ramirez et al. v. Noem et al.*, ECF No. 71 at 2 n.2, 2:25-cv-02136-RFB-MDC (noting "more than 300 federal judges in over 1,600 cases have rejected the government's new detention policy).

On February 5, 2026, the *Jacobo-Ramirez* Court issued an order certifying the Plaintiffs' proposed class and appointing the ACLU of Nevada as class counsel. *Jacobo-Ramirez et al. v. Noem et al.*, 2:25-cv-02136-RFB-MDC, Order, February 5, 2026, ECF No. 71. The *Jacobo-Ramirez* Court also ordered an expedited briefing schedule, directing Plaintiffs to file a motion for summary judgment by February 13, 2026, the Defendants' opposition by February 23, 2026, and Plaintiffs' reply by February 27, 2026. It also directed Plaintiffs to file a status report setting forth all information and documents that the Defendants failed to provide in pre-certification discovery as ordered and any proposed notice to class members by February 13, 2026.

Though it has worked diligently on the briefs in *Jacobo-Ramirez* and this matter simultaneously, the ACLU of Nevada simply does not have the capacity to file an opposition to summary judgment here and fulfill all of its obligations in *Jacobo-Ramirez* due on February 13, 2026. While the ACLU of Nevada would typically seek to extend the deadlines on the newer case first, *Jacobo-Ramirez* involves hundreds of people who are being held without bond in Nevada who need relief as soon as possible and a pressing issue of nationwide importance that will likely go before the Supreme Court of the United States within the next year. To ensure that counsel can fulfill its obligations both here and in *Jacobo-Ramirez*, the ACLU of Nevada respectfully requests

that this Court extend the outstanding deadlines by 14 days.

Ms. McLetchie and her firm have also has had unexpected work obligations, such as a response to a Motion to Set Aside following two anti-SLAPP orders that she recently secured in litigation spanning years and years in the middle of deadlines for related fee briefing involving upwards of $1.5 million dollars and multiple law firms.

Out of professional courtesy to the opposing counsel, the County has stipulated to the extension on the outstanding deadlines.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

### III.   Proposed schedule for completing the remaining deadlines

|  | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Responses to Dispositive Motions | February 13, 2026 | February 27, 2026 |
| Replies in support of Dispositive Motions | February 27, 2026 | March 16, 2026 |
| Plaintiffs Response to NRA's Amicus Brief | March 10, 2026 | March 24, 2026 |

Respectfully submitted by:

Dated: February 11, 2026.

/s/ Joel K. Browning
JOEL K. BROWNING
Nevada Bar No.: 14489
JEFFREY S. ROGAN
Deputy District Attorney
Nevada Bar No. 10734
**STEVEN B. WOLFSON DISTRICT ATTORNEY**
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
*Attorney for Defendant Clark County*

/s/ Christopher Peterson
CHRISTOPHER M. PETERSON
Nevada Bar No.: 13932
JACOB T. S. VALENTINE
Nevada Bar No.: 16324
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032

MARGARET A. MCLETCHIE
Nevada Bar No.: 10931
LEO S. WOLPERT
Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

## <u>ORDER</u>

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _February 12, 2026_