STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
Bar No. 1565
By: **JOEL K. BROWNING**
Deputy District Attorney
Bar No. 14489
By: **TIMOTHY ALLEN**
Deputy District Attorney
State Bar No. 14818
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Joel.Browning@ClarkCountyDANV.gov
E-Mail: Timothy.Allen@ClarkCountyDANV.gov
*Attorneys for Defendant Clark County*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LISA MCALLISTER, an individual; and BRANDON SUMMERS, an individual; JORDAN POLOVINA, an individual, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| CLARK COUNTY, a political subdivision of the state of Nevada. | ) ) ) ) |
| Defendant(s). | ) ) ) ) ) |

Case No:      2:24-cv-00334

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS [103], [105], OPPOSITION TO AND REPLY IN SUPPORT OF MOTION IN LIMINE [125], AND RESPONSE TO NRA AMICUS BRIEF [112]**

(Fifth Request[1])

[ECF No. 138]

The Parties stipulate pursuant to LR IA 6-1 and FRCP Rule 6  to extend the time to file replies to the motions for summary judgment filed on December 18, 2025 [ECF No. 103 and ECF No. 105] from March 16, 2026, to April 3, 2026, the deadline for Clark County to file a response to Plaintiffs' Motion in Limine [125] from March 13, 2026, to April 3, 2026, and Plaintiffs' associated reply from March 20, 2026, to April 17, 2026. This stipulation for an

---

[1] Second Request as to deadline for Response to NRA Amicus Brief [112] and First Request as to Response to Motion in Limine [125].

extension of the outstanding deadlines is sought in good faith and not for the purpose of delay.

## I.      Legal standard

Pursuant to FRCP Rule 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." LR IA 6-1 requires that a motion to extend time "state the reasons for the extension requested" and "inform the court of all previous of all previous extensions of the subject deadline the court granted."

## II.      Procedural history and factual basis for the extension

Plaintiffs and Defendant Clark County filed cross motions for summary judgment on December 18, 2025.  Defendant Clark County Motion for Summary Judgment, ECF No. 103; Plaintiffs' Motion for Summary Judgment, ECF No. 105. On or around February 26, 2026, Defendant Clark County filed its Response to Plaintiffs' Motion [105], ECF No. 123. On or around February 27, 2026, Plaintiffs filed their Response to Clark County's Motion for Summary Judgment [103], ECF No. 132. Plaintiffs also filed a Motion in Limine, ECF No. 125, on February 27, 2026.

Counsel for Defendant Clark County was engaged in extensive pre-trial motion work, including dispositive motions and numerous motions in limine, in a state court matter set for the May stack in the Eighth Judicial District during the week of March 2—allotting time and intending to focus on the Reply in support of the Motion for Summary Judgment [103] this week, the week of March 9.

Unfortunately, however, counsel for Defendant had not anticipated Plaintiffs' motion in limine [123] and had emergency medical issues arise in his immediate family that will

require him to miss work this week and leave him insufficient time to fully brief the complicated legal and constitutional issues in the associated reply and opposition.

Counsel for Clark County will also be absent from the jurisdiction during the week of March 16 as he will be taking his family on a short trip during the CCSD spring break before assisting in the winding up the administration of the trust and estate of his recently deceased grandmother out of state, returning to the jurisdiction on or around March 23, 2026.

Out of professional courtesy to opposing counsel, Plaintiffs' counsel has stipulated to the extension on these outstanding deadlines.

In light of the adjusted briefing schedule on the other filings addressed herein (and due to the fact that lead counsel for Plaintiffs is currently out of the jurisdiction), the parties have also stipulated to an extension of the deadline for Plaintiffs to respond to the NRA's Amicus Brief [112] from March 24, 2026, to April 17, 2026. Plaintiffs believe it will promote judicial efficiency to complete the related summary judgment briefing before preparing that response. Plaintiffs also note (and apologize for) some errors in exhibits in recent filings and intend to submit errata addressing the same.

///

///

///

///

///

///

///

///

///

**III.    Proposed schedule for completing the remaining deadlines**

|  | Current Deadline | [Proposed] New Deadline |
|---|---|---|
| Replies in support of Dispositive Motions [103], [105] | March 16, 2026 | April 3, 2026 |
| Opposition to Plaintiffs' Motion in Limine [123] | March 13, 2026 | April 3, 2026 |
| Plaintiffs' Response to NRA Amicus Brief | March 24, 2026 | April 10, 2026 |
| Plaintiffs' Reply in Support of Motion in Limine [123] | March 20, 2026 | April 17, 2026 |

Respectfully submitted by:

Dated: March 9, 2026.

/s/ Joel K. Browning
JOEL K. BROWNING
Nevada Bar No.: 14489
JEFFREY S. ROGAN
Deputy District Attorney
Nevada Bar No. 10734
**STEVEN B. WOLFSON DISTRICT ATTORNEY**
500 South Grand Central Pkwy., Suite 5075 Las Vegas, Nevada 89155-2215
*Attorney for Defendant Clark County*

/s/ Maggie McLetchie
CHRISTOPHER M. PETERSON
Nevada Bar No.: 13932
 JACOB T. S. VALENTINE
Nevada Bar No.: 16324
**AMERICAN CIVIL LIBERTIES UNION OF NEVADA**
4362 W. Cheyenne Ave.
North Las Vegas, NV 89032

MARGARET A. MCLETCHIE
Nevada Bar No.: 10931
LEO S. WOLPERT
Nevada Bar No.: 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

## ORDER

With good cause appearing, the above stipulation [ECF No. 138] is hereby GRANTED.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: March 10, 2026