**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA MCALLISTER, et al., | Case No. 2:24-cv-00334-JAD-NJK |
| Plaintiffs, | **Order** |
| v. | |
| CLARK COUNTY, et al., | [Docket Nos. 170, 171, 172] |
| Defendants. | |

Pending before the Court is a motion to withdraw Attorney Jacob T. S. Valentine as Plaintiff's counsel. Docket No. 171. Plaintiff previously filed a notice of disassociation of Attorney Jacob T. S. Valentine. Docket No. 170. Plaintiff also filed a motion to strike the notice of disassociation of Attorney Jacob T. S. Valentine. Docket No. 172.

Accordingly, the Court **GRANTS** the motion to withdraw Attorney Jacob T. S. Valentine as Plaintiff's counsel. Docket No. 171. The Court further **GRANTS** the motion to strike the notice of disassociation of Attorney Jacob T. S. Valentine. Docket No. 172; *see also* Docket No. 170.

IT IS SO ORDERED.

Dated: July 7, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1